IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION
SEPTEMBER 2021 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 5:21-CR-00015 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| ABDALLAH AMER ALI | ) | **In Violation of:** |
| | ) | |
| | ) | Title 21, U.S.C., §841(a)(1) |

## COUNT ONE

The Grand Jury charges:

1. That on or about October 22, 2019, in the Western Judicial District of Virginia, the defendant, ABDALLAH AMER ALI, did knowingly and intentionally distribute a measurable quantity of a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, resulting in the death of A.R.

2. In violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL this 22 day of September, 2021.

s/Grand Jury Foreperson
FOREPERSON

_____ for
DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY

-1-