## SNAPCHAT CHAT MESSAGES

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 3 |
| Display names | hiasshiy<br>▮▮▮<br>▮▮▮ r~hiasshiy~ ▮▮▮ |
| Local user | ▮▮▮ |
| **CONVERSATION DETAILS** | |
| Number of messages | 51 |
| First message sent date/time | 10/22/2019 10:43:06 AM |
| Last message sent date/time | 10/22/2019 7:46:45 PM |
| Case time zone | (UTC-05:00) Eastern Time (US & Canada) |



▮▮▮
10/22/2019 10:43:06 AM
Yo

**HIASSHIY**
10/22/2019 11:54:56 AM
Yo

▮▮▮
10/22/2019 7:15:46 PM
Hm for perc V

▮▮▮
10/22/2019 7:16:08 PM
U still got em ?

▮▮▮
10/22/2019 7:24:18 PM
*No message content to display.*

**HIASSHIY**
10/22/2019 7:28:06 PM
45

**HIASSHIY**
10/22/2019 7:28:14 PM
Yeah have one more

▮▮▮
10/22/2019 7:32:27 PM
Lemme get it

▮▮▮
10/22/2019 7:32:47 PM
*No message content to display.*

**HIASSHIY**
10/22/2019 7:33:03 PM
Ite wya

▮▮▮
10/22/2019 7:33:07 PM
Crib

**HIASSHIY**

Ite I'm close

10/22/2019 7:33:14 PM

Okay

10/22/2019 7:33:17 PM

Park infront

10/22/2019 7:33:21 PM

**HIASSHIY**

Ok

10/22/2019 7:33:27 PM

Bet

10/22/2019 7:33:34 PM

I'll give u 35 $ and 2 juul pods

10/22/2019 7:33:50 PM

Mint

10/22/2019 7:33:53 PM

**HIASSHIY**

Here

10/22/2019 7:34:29 PM

**HIASSHIY**
10/22/2019 7:34:39 PM
Yeah

10/22/2019 7:34:47 PM
2 mint pods??

**HIASSHIY**
10/22/2019 7:34:53 PM
Nd 40$

**HIASSHIY**
10/22/2019 7:35:05 PM
Your moms out side

10/22/2019 7:35:07 PM
Ok

10/22/2019 7:35:11 PM
I know I'm waitin

10/22/2019 7:35:35 PM
Mnkk no

10/22/2019 7:36:08 PM

> Come down the alley

**[redacted]**
10/22/2019 7:39:35 PM
> I dropped money in your car

**HIASSHIY**
10/22/2019 7:40:06 PM
> Yeah

**HIASSHIY**
10/22/2019 7:40:09 PM
> I got u

**[redacted]**
10/22/2019 7:40:11 PM
> Lemme get it

**[redacted]**
10/22/2019 7:40:16 PM
> Bet

**HIASSHIY**
10/22/2019 7:40:43 PM
> I'm coming

**HIASSHIY**
10/22/2019 7:40:48 PM
> How much is it

**** 10/22/2019 7:41:08 PM

I had 135$ on me and I have u 40

**HIASSHIY** 10/22/2019 7:41:08 PM

Bc I can't see it it's on the floor

10/22/2019 7:41:15 PM

And I have 25 rn

10/22/2019 7:41:38 PM

70$

10/22/2019 7:42:00 PM

I left 70$ in your car

**HIASSHIY** 10/22/2019 7:42:29 PM

I'm ere

10/22/2019 7:42:37 PM

My mom still in front

10/22/2019 7:42:40 PM

Hol up

**HIASSHIY**

Hurry up bro

10/22/2019 7:42:51 PM

Aigh I'm comin

10/22/2019 7:42:58 PM

30 secs

10/22/2019 7:43:03 PM

Wya

10/22/2019 7:43:25 PM

**HIASSHIY**

Yeah. Got it it's 70

10/22/2019 7:43:32 PM

**HIASSHIY**

Infront of the truck

10/22/2019 7:43:42 PM

V VM

10/22/2019 7:44:02 PM

10/22/2019 7:46:36 PM

Ima take the whole thing 😭

**HIASSHIY**

10/22/2019 7:46:45 PM

Don't