Feb 18, 2020 Controlled Buy
Audio Only

Clip 1  [01:08:00 - 01:09:07]

Ali:  [inaud] I swear that's gonna be off my shit. [inaud], you know what I mean?

Male 2:  Yeah, I think it's ah, I think it was [inaud] Xanax or... They didn't say.

Ali:  Huh?

Male 2:  Yeah.

Ali:  I mean, I sold Percs to him, man.  He, he like, know what I mean?  He does a lotta pills.  He's a pill head. [inaud]

Male 2:  Goddamn, though, yeah.  Dude, that's probably what killed him right there.

Ali:  He probably just [inaud] fucked up.

Male 2:  It was bad ones.  They do be getting, they be getting some bad ones though.

Ali:  It's just, he got a bad one, you know I mean?

Male 2:  Sometimes -- I heard like, when you get pills like those...

Ali:  You know, all of 'em must be good.  Just a couple of 'em are like bad, bad ones, you know what I mean?

Male 2:  Yes, those hot spots.

Ali:  Yeah, like, yeah.  He probably got a hot spot one.  And he did some Perc [inaud].  But, like they really tried to like raid my house and tear up my shit.  But they didn't find shit because I had nothing in my house but some Percs.  They didn't even charge me for that shit yet.

Male 2:  With what?

Ali:  For the Perc.